BARRY E. HINKLE, Bar No. 071223
KRISTINA M. ZINNEN, Bar No. 245346
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
Email: dbrome@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>WATERTIGHT RESTORATION, INC., A California Corporation,<br><br>Defendant. | No.   CV 13-03424 MEJ<br><br>**VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, the BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

VOLUNTARY DISMISSAL
CV-13-03424 MEJ

1  VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS
2  APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA hereby
3  voluntarily dismiss the above-captioned action without prejudice.

5  Dated: December 31, 2013

                          WEINBERG, ROGER & ROSENFELD
                          A Professional Corporation

                          By: /s/ *Daniel S. Brome*
                              DANIEL S. BROME
                              Attorneys for Plaintiffs

134266/747030

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

VOLUNTARY DISMISSAL
CV-13-03424 MEJ

# PROOF OF SERVICE
## (CCP §1013)

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On December 31, 2013, I served the following documents in the manner described below:

**VOLUNTARY DISMISSAL**

☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

On the following part(ies) in this action:

WATERTIGHT RESTORATION, INC.
Bob Winkler, Agent for Service
1601 Bayshore Highway, #301
Burlingame, CA   94010

WATERTIGHT RESTORATION, INC.
501 Cesar Chavez St., Suite 202A
San Francisco, CA 94012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 31, 2013, at Alameda, California.

/s/ *Karen Scott*
Karen Scott

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

VOLUNTARY DISMISSAL
CV-13-03424 MEJ